FORM 3-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| ALUDIUM TRANSFORMACIÓN DE PRODUCTOS, S.L., <br><br> *Plaintiff*, <br><br> v. <br><br> THE UNITED STATES, <br><br> *Defendant*. | Court No. 21-00260 <br><br> SUMMONS |

TO:   The Attorney General and the U.S. Department of Commerce:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ **Mario Toscano**
Clerk of the Court

1. **Name and Standing of Plaintiff**

   Plaintiff in this action is Aludium Transformación de Productos, S.L. ("Aludium" or "Plaintiff").  Aludium is a foreign producer and importer of common alloy aluminum sheet from Spain (the "subject merchandise").  Plaintiff actively participated in the antidumping investigation before the U.S. Department of Commerce ("Commerce") upon which the contested determination was based and is an interested party pursuant to 19 U.S.C. § 1677(9)(A).  Plaintiff has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).  Therefore, it has standing to commence this action pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II).

2. **Brief Description of Contested Determination**

   Plaintiff contests certain findings of fact and conclusions of law made by the U.S. Department of Commerce and contained in *Common Alloy Aluminum Sheet From Spain: Final Affirmative Determination of Sales at Less Than Fair Value*, 86 Fed. Reg. 13298 (Dep't Commerce Mar. 8, 2021) and the resulting antidumping duty order.  *Common Alloy Aluminum Sheet From Bahrain, Brazil, Croatia, Egypt, Germany, India, Indonesia, Italy, Oman, Romania, Serbia, Slovenia, South Africa,*

**FORM 3-1**

*Spain, Taiwan and the Republic of Turkey: Antidumping Duty Orders*, 86 Fed. Reg. 22139 (Apr. 27, 2021) ("*AD Order*").

3. **Date of Determination**

The contested final antidumping determination was issued by the Department of Commerce on March 1, 2021.

4. **Date of Publication in Federal Register of Notice of Contested Determination**

The final antidumping duty determination was published on March 8, 2021. The *AD Order* was published on April 27, 2021.

                Respectfully submitted,

                **/s/ Nancy A. Noonan**
                Nancy A. Noonan

                ARENT FOX LLP
                1717 K Street, NW
                Washington, DC 20006-5344
                (202) 857-6479

                *Counsel to Aludium Transformación de Productos, S.L.*

Dated: May 26, 2021

**SERVICE OF SUMMONS BY THE CLERK**

SERVICE OF SUMMONS BY THE CLERK If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept . 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017).

Justin R. Miller
Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
Room 346
26 Federal Plaza
New York, N.Y.  10278

Jeanne E. Davidson
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

Robert Heilferty, Chief Counsel
Office of the Chief Counsel for Trade Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., N.W.
Room 3622
Washington, D.C.  20230