UNITED STATES COURT OF INTERNATIONAL TRADE  FORM 7A

| ALUDIUM TRANSFORMACION DE PRODUCTOS, S.L., | |
|---|---|
| Plaintiff, | Court No. 21-00260 |
| v. | |
| UNITED STATES, | |
| Defendant. | |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: June 21, 2021

/s/ Nancy A. Noonan
Attorney for Plaintiff

1717 K Street, NW
Street Address

Washington, D.C. 20006-5344
City, State and Zip Code

202-857-6479
Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____    Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk